---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Florida__
(State)

Case number (if known): _____ Chapter _7_

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual        12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   Forte Interactive, Inc., a Florida Corporation

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   D/B/A Trusted Partner ECommerce Services
   D/B/A RacePartner
   D/B/A GoRun.org

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   6 5 - 0 9 4 7 4 5 3
   EIN

5. **Debtor's address**

   **Principal place of business**

   313 Datura Street
   Number    Street

   Suite #300

   West Palm Beach    FL    33401
   City              State  ZIP Code

   or 120 South Olive Ave.
   West Palm Beach, FL 33401

   Palm Beach County
   County

   **Mailing address, if different**

   147 Gregory Road
   Number    Street

   P.O. Box

   West Palm Beach    FL    33405
   City              State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City              State  ZIP Code

---

Debtor  Forte Interactive, Inc.                                        Case number (if known)_____
        Name

6. Debtor's website (URL)    www.racepartner.com

7. Type of debtor
   ☑ Corporation (Including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☑ No
   ☐ Yes. Debtor_____ Relationship _____
   District_____ Date filed _____ Case number, if known_____
                        MM / DD / YYYY

   Debtor_____ Relationship _____
   District_____ Date filed _____ Case number, if known_____
                        MM / DD / YYYY

## Part 3: Report About the Case

10. Venue

    Check one:
    ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☑ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor __Forte Interactive, Inc._____   Case number (if known)_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | SEE EXHIBIT A | | $ |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:  Request for Relief**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**     **Attorneys**

Name and mailing address of petitioner

CORRIGAN SPORTS ENTERPRISES, INC.     Alan M. Burger
Name                                   Printed name
6925 Santa Barbara Ct Suite 114        McDonald Hopkins LLC
Number  Street                         Firm name, if any
Elkridge          MD    21075          505 S. Flagler Drive, Suite #300
City              State  ZIP Code      Number  Street
                                       West Palm Beach       FL    33401
                                       City                  State ZIP Code

Name and mailing address of petitioner's representative, if any

ATTENTION: LEE CORRIGAN, JR.           Contact phone (561) 472-2121   Email aburger@mcdonaldhopkins.com
Name
6725 SANTA BARBARA COURT, SUITE 114    Bar number  833290
Number  Street
ELKRIDGE        MD    21075            State   FL
City            State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/09/2018
             MM / DD / YYYY

X _[signature]_                         X _[signature]_
Signature of petitioner or representative, including representative's title    Signature of attorney

                                        Date signed  4/18/15
                                                     MM / DD / YYYY

Official Form 205           Involuntary Petition Against a Non-Individual           page 3

Debtor ___Forte Interactive, Inc.___  Case number (if known) _____
     Name

---

**Name and mailing address of petitioner**

Name: 50 FALL, LLC

Number Street: 1971 PRESCOTT PLACE

City: DE PERE    State: WI    ZIP Code: 54115-1675

**Name and mailing address of petitioner's representative, if any**

Name: ATTENTION: SEAN PATRICK RYAN

Number Street: 1971 PRESCOTT PLACE

City: DE PERE    State: WI    ZIP Code: 54115-1675

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/09/2018
          MM / DD / YYYY

✗ _/s/ Sean P. Ryan_
Signature of petitioner or representative, including representative's title

---

Printed name: Alan M. Burger

Firm name, if any: McDonald Hopkins LLC

Number Street: 505 S. Flagler Drive, Suite #300

City: West Palm Beach    State: FL    ZIP Code: 33401

Contact phone: (561) 472-2121    Email: aburger@mcdonaldhopkins.com

Bar number: 833290

State: FL

✗ _/s/ Alan M. Burger_
Signature of attorney

Date signed: 4/10/18
          MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: DOOR COUNTY TRIATHLON, INC.

Number Street: 1971 PRESCOTT PLACE

City: DE PERE    State: WI    ZIP Code: 54115-1675

**Name and mailing address of petitioner's representative, if any**

Name: ATTENTION: SEAN PATRICK RYAN

Number Street: _(blank)_

City: _(blank)_    State: _(blank)_    ZIP Code: _(blank)_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/09/2018
          MM / DD / YYYY

✗ _/s/ Sean P. Ryan_
Signature of petitioner or representative, including representative's title

---

Printed name: Alan M. Burger

Firm name, if any: McDonald Hopkins LLC

Number Street: 505 S. Flagler Drive, Suite 300

City: West Palm Beach    State: FL    ZIP Code: 33401

Contact phone: (561) 472-2121    Email: aburger@mcdonaldhopkins.com

Bar number: 833290

State: FL

✗ _/s/ Alan M. Burger_
Signature of attorney

Date signed: 4/10/18
          MM / DD / YYYY

Debtor  Forte Interactive, Inc.  
Name

Case number (if known) _____

### Name and mailing address of petitioner

Name: **BELLIN MEMORIAL HOSPITAL, INC.**

Number  Street: _____

City _____ State ____ ZIP Code ____

### Name and mailing address of petitioner's representative, if any

Name: **C/O JAMES DIETSCHE**

Number  Street: **711 SOUTH WEBSTER AVENUE**

City: **GREEN BAY**  State: **WI**  ZIP Code: **54301**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/09/2018 (MM/DD/YYYY)

✗ _[signature]_

Signature of petitioner or representative, including representative's title

---

Printed name: **Alan M. Burger, Esq.**

Firm name, if any: **McDonald Hopkins LLC**

Number  Street: **505 S. Flagler Drive, Suite 300**

City: **West Palm Beach**  State: **FL**  ZIP Code: **33401**

Contact phone: **(561) 472-2121**  Email: **aburger@mcdonaldhopkins.com**

Bar number: **833290**

State: **FL**

✗ _[signature]_

Signature of attorney

Date signed: 4/10/18 (MM/DD/YYYY)

---

### Name and mailing address of petitioner

Name: **BELLIN HEALTH FOUNDATION**

Number  Street: _____

City _____ State ____ ZIP Code ____

### Name and mailing address of petitioner's representative, if any

Name: **c/o STEVEN J. MARICQUE**

Number  Street: **744 SOUTH WEBSTER AVENUE, PO BOX 23400**

City: **GREEN BAY**  State: **WI**  ZIP Code: **54305-3400**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/03/2018 (MM/DD/YYYY)

✗ _[signature]_ Steven Maricque – President

Signature of petitioner or representative, including representative's title

---

Printed name: **Alan M. Burger**

Firm name, if any: **McDonald Hopkins LLC**

Number  Street: **505 S. Flagler Drive, Suite 300**

City: **West Palm Beach**  State: **FL**  ZIP Code: **33401**

Contact phone: **(561) 472-2121**  Email: **aburger@mcdonaldhopkins.com**

Bar number: **833290**

State: **FL**

✗ _[signature]_

Signature of attorney

Date signed: 4/10/18 (MM/DD/YYYY)

---

Official Form 205  Involuntary Petition Against a Non-Individual  page 4

Debtor    Forte Interactive, Inc.
          Name

Case number (if known) _____

### Name and mailing address of petitioner

Name: GREEN BAY PACKERS, INC.
      PACKERS 5K

Number   Street

City   State   ZIP Code

### Name and mailing address of petitioner's representative, if any

Name: c/o JERRY HANSON

1265 LOMBARDI AVENUE
Number   Street

City: GREEN BAY   State: WI   ZIP Code: 54301

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/09/2018
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name: Alan M. Burger, Esq.

Firm name, if any: McDonald Hopkins LLC

Number Street: 505 S. Flagler Drive, Suite 300

City: West Palm Beach   State: FL   ZIP Code: 33401

Contact phone: (561) 472-2121   Email: aburger@mcdonaldhopkins.com

Bar number: 833290

State: FL

X _____
Signature of attorney

Date signed: 4/10/18
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Name

Number   Street

City   State   ZIP Code

### Name and mailing address of petitioner's representative, if any

Name

Number   Street

City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

City   State   ZIP Code

Contact phone _____ Email _____

Bar number

State

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY