# EXHIBIT A

{6575536:}

EXHIBIT "A"

THE CREDITORS' GROUP

| CREDITOR | STATE OF INCORPORATION | REGISTERED AGENT ADDRESS | AMOUNT OWED | DUE DATE |
|---|---|---|---|---|
| The Bellin Health Foundation, Inc. | Wisconsin Non-Stock Corporation | STEVEN J MARICQUE<br>744 S WEBSTER AVE<br>P O BOX 23400<br>GREEN BAY, WI 54305-3400 | $25,342.86 | 10/15/2017 |
| Bellin Memorial Hospital, Inc. | Wisconsin Non-Stock Corporation | JAMES DIETSCHE<br>744 S WEBSTER AVE<br>GREEN BAY, WI 54301 | $224,692.24 | 7/15/2017 |
| Corrigan Sports Enterprises, Inc. | Maryland Corporation | RICHARD L. CORRIGAN, JR.<br>6725 SANTA BARBARA CT<br>SUITE 114<br>ELKRIDGE, MD 21075 | $943,000.00 | |
| Door County Triathlon, Inc. | Wisconsin Non-Stock Corporation | SEAN PATRICK RYAN<br>1971 PRESCOTT PL<br>DE PERE, WI 54115-1675 | $47,732.04 | 12/15/2017 |
| Fall 50, LLC | Wisconsin LLC | SEAN PATRICK RYAN<br>1971 PRESCOTT PL<br>DE PERE, WI 54115-1675 | $52,604.00 | 11/15/2017 |
| Green Bay Packers, Inc. | Wisconsin Corporation | JERRY HANSON<br>1265 LOMBARDI AVE<br>GREEN BAY, WI 54304-3927 | $90,220.15 | 8/15/2017 |
| | | Total Debt: | $1,383,591.29 | |

{7324081:3 }