# EXHIBIT L

{6575536:}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE: FORTE INTERACTIVE, INC.,                          Case No.: 18-BK-

   Debtor.
_____/

**DECLARATION UNDER PENALTY OF PERJURY OF JERRY HANSON
ON BEHALF OF GREEN BAY PACKERS, INC. PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)**

Jerry Hanson, under Penalty of Perjury, states:

1.  I make this affidavit on behalf of Green bay Packers, Inc. ("Petitioning Creditor") in the above-captioned involuntary chapter 7 case (the "Bankruptcy Case") filed by Petitioning Creditor and other petitioning creditors against Forte Interactive, Inc. (the "Debtor").

2.  I am fully familiar with the facts set forth herein either through my own personal knowledge or through review of documents related to Petitioning Creditor's claims against Debtor. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

3.  I am staff counsel at Petitioning Creditor.

4.  Petitioning Creditors holds claims against the Debtor in the aggregate principal amount of $90,220.15, plus accrued interest, fees and costs.

5.  Petitioning Creditor did not acquire its claims for the purposes of commencing the Bankruptcy Case.

6.  Petitioning Creditor may also hold other claims against the Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9th day of April, 2018.

_____
Jerry Hanson

{7326177:4}                                2