# EXHIBIT M

{6575536:}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE: FORTE INTERACTIVE, INC.,          Case No.: 18-BK-

    Debtor.

_____/

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1**

(1)      I have personal knowledge of the matters set forth in this Statement because I am the president or other officer or an authorized agent of Green Bay Packers, Inc.

(2)      There are no entities that directly or indirectly own 10% or more of any class of the non-profit organization's equity interest.

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my information and belief.

Dated: 04/09/2018

Jerry Hanson, Staff Counsel

{7326502:3 }