UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    Case No. 18-14162-EPK
                                                          Chapter 7 (Involuntary)
FORTE INTERACTIVE, INC.,

    Debtor.
_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR
SAN FRANCISCO GIANTS ENTERPRISES LLC
<u>AND REQUEST FOR SERVICE</u>**

Notice is given, pursuant to Federal Rule of Bankruptcy Procedure 9010, of the appearance in this case of MATTHEW M. GRAHAM, ESQ., and the law firm of STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. ("<u>Stearns Weaver</u>") as counsel for interested party, San Francisco Giants Enterprises LLC ("<u>GE</u>"). As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number, and facsimile are as follows:

MATTHEW M. GRAHAM, ESQ.
Florida Bar Number 86764
Primary email: mgraham@stearnsweaver.com
Secondary email: jberkowitz@stearnsweaver.com
Secondary email: wsolomon@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
*Counsel for San Francisco Giants Enterprises LLC*
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile:  (305) 789-3395

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 3017, GE requests that the Clerk of this Court and all other parties-in-interest in this proceeding, provide notice of, and

where applicable, service of, including, without limitation, all pleadings, motions, objections, orders, notices, applications, petitions, responses, opposition papers, answering papers, reply papers, demands, plans, disclosure statements, reports and statements submitted to the United States Trustee and any other papers, documents or communications pertaining to this case or any adversary proceeding, contested or uncontested matter relating to this case, whether written, oral, formal, informal, by hand-delivery, mail, telephone, facsimile, electronic filing, or in any other manner whatsoever, to the attorney above listed.

Please take notice that GE intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall: (i) by itself, subject GE to the jurisdiction of the Bankruptcy Court or waive any objection to the jurisdiction of the Bankruptcy Court; (ii) waive any objection to whether any specific adversary matter or contested proceeding is a core proceeding; (iii) waive GE's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (iv) waive GE's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (v) waive GE's right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (vi) waive jurisdiction or any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which GE is or may be entitled under agreements, in law or in equity, all of which jurisdiction, rights, claims, actions, defenses, setoffs, recoupments and remedies GE expressly reserves; or (vii) waive any other right possessed by GE not expressly included above.

Respectfully submitted,

/s/ *Matthew M. Graham*
Mathew M. Graham, Esq.
Florida Bar Number 86764
mgraham@stearnsweaver.com
**STEARNS WEAVER MILLER**
  **WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:     (305) 789-3200
Facsimile:      (305) 789-3395

*Counsel for San Francisco Giants Enterprises LLC*

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing Notice of Appearance is being filed electronically via the Court's CM/ECF website on April 19, 2018. I further certify that the document is being served as follows: based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those counsel or parties who are registered to receive NEF in this case, as indicated on the attached Service List.

  /s/ *Matthew M. Graham*
    MATTHEW M. GRAHAM

## SERVICE LIST

David A. Agay, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654
Tel:  (312) 642-2217
E-mail:  dagay@mcdonaldhopkins.com
*Counsel for Petitioning Creditors*

Shara C. Cornell, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654
Tel:  (312) 642-1902
E-mail:  scornell@mcdonaldhopkins.com
*Counsel for Petitioning Creditors*

Alan M. Burger, Esq.
McDonald Hopkins LLC
505 S Flagler Dr #300
West Palm Beach, FL 33401
Tel:  (561) 472-2121
Fax:  (561) 472-2122 (fax)
E-mail:  aburger@mcdonaldhopkins.com
*Counsel for Petitioning Creditors*

Orfelia M. Mayor, Esq.
P.O. Box 3715
West Palm Beach, FL 33402
Tel:  (954) 327-5700
E-mail:  omayor@ombankruptcy.com
*Counsel for Palm Beach County Tax Collector*