UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:  Case No: 18-14162- EPK
Chapter 7

Forte Interactive, Inc.
dba Trusted Partner ECommerce Services,
dba RacePartner, dba GoRun.org,

                Debtor.
_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that **Chicago Cubs Charities, Inc**., a not-for-profit Illinois corporation, a creditor herein, appears herein by and through its attorney, William Wohlsifer, Esquire, of William R. Wohlsifer, PA, and, pursuant to Rules 2.1(a), 9007 and 9010(b) of the Bankruptcy Code, requests copies of all notices, orders, and pleadings pursuant to Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice. All such notices should be addressed as follows:

> William Wohlsifer, Esquire
> William R. Wohlsifer, PA
> 1100 East Park Ave, Suite B
> Tallahassee, FL 32301-2651
> Tel: (850)219-8888
> william@infringement-attorney.com

**PLEASE TAKE FURTHER NOTICE,** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, objections, complaints, demands, statements of affairs, schedules, operating reports, other filings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, e-mail, or otherwise, which relate in any way to the above-captioned case or which affect or seek to affect in any way, the rights or interests of **Chicago Cubs Charities, Inc,** with respect to the above-captioned Debtor, or any related entity, or property or proceeds in which the Debtor may claim an interest.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and will be in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) before the completion of my current three-year CLE reporting period.

                                                     **WILLIAM R. WOHLSIFER, PA**

                                                     <u>/s/ William R. Wohlsifer</u>
                                                     William R. Wohlsifer
                                                     Florida Bar No.: 86827
                                                     1100 E Park Ave, Ste B
                                                     Tallahassee, FL 32301
                                                     Tel.: (850)219-8888
                                                     william@infringement-attorney.com
                                                     **Attorney for Chicago Cubs Charities, Inc.**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by ECF and by U.S. Mail to all parties listed below on this 11th day of May 2018.

    Forte Interactive, Inc
    c/o Kirk St. John, Director
    147 Gregory Road
    West Palm Beach, FL 33405

                                                     **WILLIAM R. WOHLSIFER, PA**

                                                     <u>/s/ William R. Wohlsifer</u>
                                                     William R. Wohlsifer
                                                     Florida Bar No: 86827